In the Matter of the Appeal of BURTON W. JAMES, Appellant, from a Decree of the Surrogate's Court of the County of Putnam, Admitting to Probate the Last Will and Testament of FREDERICK K. JAMES, Deceased. BURTON W. JAMES, Appellant; THE PUTNAM COUNTY NATIONAL BANK OF CARMEL and JULIA WEBBER, as Executors, etc., of FREDERICK K. JAMES, Deceased, Respondents.— Decree of the Surrogate's Court, Putnam County, admitting to probate the will of decedent and a codicil thereto; unanimously affirmed, with costs to each party filing a brief, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

In the Matter of the Petition of MARGARET A. LINKE, as Administratrix c. t. a., de bonis non of THEODORE LINKE, Deceased, Appellant, to Compel JOHN P. O'BRIEN, as Executor of the Last Will and Testament of ANNIE LINKE, Deceased, Respondent, to File and Settle His Account.— Appeal from an order of the Surrogate's Court of Queens County, denying appellant's application to require the executor of Annie Linke, deceased, to file an account as executor. Order reversed on the law and the facts, with ten dollars costs and disbursements, payable out of the estate of Annie Linke, deceased, and application granted, without costs. The fact that the executor, acting as temporary administrator, filed an accounting is no bar to requiring him to account as executor to the end that the appellant, acting on behalf of Theodore Linke, deceased, may ascertain what properties, if any, came into the hands of the executor that were or became beneficially the property of Theodore Linke, deceased. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

In the Matter of Supplementary Proceedings: MILLER-GEROW Co., INC., Appellant, v. HYMAN GOLD, Respondent.— Order of the Appellate Term, reversing on the law an order of the City Court of the City of New York, County of Kings, which adjudged defendant in contempt of court, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of the Petition of ROSALIN OPPENHEIN, Also Known as ROSALIA OPPENHEIM, Respondent, to Compel HARRY PELCYGER and Others, as Executors, etc., of FRANK PELCYGER, Deceased, Appellants, to'Render and Settle Their Account as Executors of FRANK PELCYGER, Deceased.— Order of the Surrogate's Court, Kings County, denying appellants' motion for a further bill of particulars, affirmed, with ten dollars costs and disbursements, payable out of the estate. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.